**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-------------------------------------------------------------------X**

XL SPECIALITY INSURANCE COMPANY,

                     **Plaintiff,**

      **-against-**

NIPPON EXPRESS USA, INC., et al.,

                    **Defendants.**
**-------------------------------------------------------------------X**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2025

**25-CV-06554 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed an amended complaint on August 28, 2025. ECF No. 9. The Summons for Defendant United State Parcel Service Co. ("UPS") was issued on August 29, 2025. ECF No. 14. Defendant Nippon Express U.S.A., Inc. ("NEU") filed an answer and crossclaims against UPS on September 25, 2025. To date, UPS has not yet appeared. Plaintiff and NEU are ORDERED to file a letter by Monday, December 8, 2025, indicating whether either party has served UPS or had any contact with it, and whether either party intends to seek a Certificate of Default from the Clerk of Court. The Court will, thereafter, schedule an initial case management conference.

**SO ORDERED.**

                                             
SARAH NETBURN
United States Magistrate Judge

DATED:      December 4, 2025
              New York, New York