**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

XL SPECIALITY INSURANCE COMPANY,

                        **Plaintiff,**

        **-against-**

NIPPON EXPRESS USA, INC., et al.,

                      **Defendants.**
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2026

**25-CV-06554 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Per the Court's prior order, the parties were directed to file a joint status letter regarding their proposed settlement by no later than Monday, May 4, 2026. See ECF No. 28. The parties failed to file their letter on time. By no later than Monday, May 11, 2026, the parties are ORDERED to file their joint status letter.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 5, 2026
              New York, New York