UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

XL SPECIALITY INSURANCE COMPANY,

                              Plaintiff,

                 -against-

NIPPON EXPRESS USA, INC., et al.,

                              Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2026
```

25-CV-06554 (VSB)(SN)

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

The parties appeared for a remote conference on June 22, 2026. As discussed during the Conference, Defendant United Parcel Service Co. is ORDERED to answer or otherwise respond to Plaintiff's First Amended Complaint and Defendant Nippon Express U.S.A., Inc.'s Crossclaims by no later than Friday, July 10, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 22, 2026
          New York, New York