USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**XL SPECIALITY INSURANCE COMPANY,**

**Plaintiff,**

**-against-**

**NIPPON EXPRESS USA, INC., et al.,**

**Defendants.**
**-----------------------------------------------------------------X**

**25-CV-06554 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 7, 2026, Defendant United Parcel Service Co. filed its answer to Plaintiff's First Amended Complaint and Defendant Nippon Express U.S.A., Inc.'s Crossclaims. See ECF Nos. 36, 37.

By no later than Friday, July 17, 2026, the parties shall file a joint status letter updating the Court on whether the parties are still in the process of finalizing a settlement agreement, or if the case should proceed with pretrial proceedings.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 10, 2026
New York, New York