USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

**XL SPECIALITY INSURANCE COMPANY,**

**Plaintiff,**

**-against-**

**NIPPON EXPRESS USA, INC., et al.,**

**Defendants.**
**----------------------------------------------------------------X**

**25-CV-06554 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On October 30, 2026, the parties appeared for a conference to discuss the status of discovery. The parties indicated that Defendant Nippon Express USA, Inc. ("NEU") has served its written discovery demands on Plaintiff and Defendant United Parcel Service Co. ("UPS") but has yet to receive any response.

As discussed, Plaintiff and UPS are ORDERED to respond to NEU's discovery demands and produce documents by Friday, November 13, 2026. The deadlines in the case management plan and scheduling order for this matter are firm, and all fact discovery shall be completed by Wednesday, December 16, 2026. ECF No. 41.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 30, 2026
New York, New York